# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

__________ Division

FILED
MAILROOM
FEB - 2 2023
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Case No. 1:23CV154 CMH/JFA
*(to be filled in by the Clerk's Office)*

Lawrence Charles, Scott Newcomb, Matthew Bushman
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Loudoun County Sheriff's Office
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Lawrence Charles, Matthew Bushman Scott Newcomb

All other names by which you have been known:

ID Number:

Current Institution: Loudoun Adult Deterion Center

Address: 42035 Loudoun Center Place

Leesburg (City) VA (State) 20175 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: ~~Captain~~ David Wozniak

Job or Title *(if known)*: Captain

Shield Number:

Employer: Loudoun County Sheriff's office

Address: 803 Sycolin RD

Leesburg (City) VA (State) 20175 (Zip Code)

[X] Individual capacity [X] Official capacity

Defendant No. 2

Name: Garnett

Job or Title *(if known)*: Lieutenant

Shield Number: #2405

Employer: Loudoun County Sheriff's office

Address: 803 Sycolin RD

LEESburg (City) VA (State) 20175 (Zip Code)

[X] Individual capacity [X] Official capacity

Defendant No. 3

Name: Woomer

Job or Title *(if known)*: Sergeant

Shield Number: #2888

Employer: Loudoun County Sheriff's Office

Address: 803 Sycolin Rd

Leesburg (City) VA (State) 20175 (Zip Code)

☒ Individual capacity ☒ Official capacity

Defendant No. 4

Name: Lorraine Goldberg

Job or Title *(if known)*: Detective

Shield Number: #3356

Employer: Loudoun County Sheriff's Office

Address: 803 Sycolin Rd

Leesburg (City) VA (State) 20175 (Zip Code)

☒ Individual capacity ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

5th Amendment, Free Spech, Cruel and Unusual punishment, Due Process, false arrest, violating civil rights, false imprisonment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendants Continued

Name: Katherine Grimley
Job: Deputy
Shield Number: #3113
employer: Loudoun County Sheriff's office
Address: 803 Sycolin Rd
Leesburg VA 20175
☑ Individual Capacity ☑ official Capacity

Name: Major Greg Ahlemann
Job: Field Operations Division
Shield number: uknown
employer: Loudoun County Sheriff's Office
Address: 803 Sycolin Rd
Leesburg VA 20175
☑ individual Capacity ☑ Official Capacity

Name: Zilke
Job: Second Lieutenant
Shield Number: #2713
employer: Loudoun County Sheriff's Office
Address: 803 Sycolin Rd
Leesburg VA 20175
☑ individual Capacity ☑ official Capacity

Name: Kim Holway
Job: Major
Shield Number: uknown
employer: Loudoun County Sheriff's office
Address: 803 Sycolin Rd
Leesburg VA 20175
☑ individual capacity ☑ official capacity

Name: Turin
Job: DFC
Shield number: #3257
employer: Loudoun County Sheriff office
Address: 803 Sycolin Rd
Leesburg VA 20175
☑ individual Capacity ☑ official Capacity

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

They were acting on behalf of the Loudoun County Sheriffs Office, the memorandum that was served was on behalf of Loudoun County Sheriff Office

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)* I'm ~~Current~~ Currently being held for trial

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

44406 Tillman Terrace Ashburn VA 20147 Nov 14, 2022

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Loudoun County Adult Detention Center Nov 14, 2022 – ~~December~~ January 12, 2023

Statement of Support Continued #91

On November 14th 2022 Defendant Loudoun County Sheriff's Office and Defendant Katherine Grimley, comes to Plaintiff Charles residence, located at 44406 Tillman Terrace, #300, Ashburn, Virgina 20147, to Serve a warrant. Defendant Grimley and Defendant Loudoun County Sheriff's office Kick in door. Plaintiff Lawrence Charles is inside property, Plaintiff Lawrence Charles is wearing a face mask, defendant Grimley and Defendant Loudoun Sheriff Office throw him to the ground and Plaintiff Lawrence Charles feels someone punch him to the back of his head, Defendant Grimley puts handcuff on extremly tight on Plaintiff Charles wrist it hurts. Defendant Grimley then takes Plaintiff Lawrence Charles outside with no shoes or Jacket. When defendant Grimley and Plaintiff Lawrence Charles reaches Police Cruiser, Defendant Grimley throws Plaintiff Charles in the back of Police Cruiser Plaintiff Charles hits his head. Defendant Grimley starts driving, Plaintiff Charles asks, "Where is warrant" Defendant Grimley tells him, "he'll get it at the Jail". Plaintiff Lawrence Charles says, "I been asking for warrant since you guys Kicked in my door"! Defendant Grimley doesn't reply. The Drive to the Jail takes 15 to 20 minutes. When Defendant Grimley and Plaintiff Charles reach Jail, Defendant Grimley doesn't have warrant still. Defendant Grimley doesn't present Plaintiff Charles Warrant for 30 to 45 minutes. Defendant Grimley takes Plaintiff in front of Magistrate who orders Plaintiff to be held without Bond. When Defendant Grimley takes Plaintiff Charles inside Jail, deputy Perry, who works at intake section of Jail, asks, "Why is handcuffs on Plaintiff so tight" Defendant Grimley says nothing.

November 31st

Plaintiff Lawrence Charles ask fiance, witness Kathleen Hedrick to file a Complaint on Defendant Grimley and Defendant Loudoun County Sheriff, on Defendant website. On December 4th Defendant Grimley brings Plaintiff Charles, 4 new Charges. Defendant Grimley Claims Witness Kathleen Hedrick made statements for Defendant Grimley to bring new Charges. Witness Kathleen Hedrick is in Ohio since October 25th, 2022 to December 31st 2022. When Plaintiff Lawrence Charles ask Witness Kathleen Hedrick, "why witness file Charges?" Witness Hedrick replies, "She didn't"!

Mid December Witness Kathleen Hedrick emails Defendant Grimley, and tells Defendant Grimley, "That Witness Kathleen Hedrick was not the One who filed Charges on Plaintiff Charles, A former friend of witness Kathleen Hedrick, name Jessica Scudder falsley identified herself to defendant Grimley Pretending to be witness Kathleen Hedrick, and that Witness Kathleen Hedrick would like to file Charges"! Defendant Grimley replied, "Go to your local Jurisdiction".

next Page

Pg 2

Statement of Claim Part D

December 22, 2022 — December 28th, 2022
Defendant Grimley sends multiple emails, to defendant Wozniak, Defendant Goldberg and different deputies who work for Defendant Loudoun County Sheriff's office. The goal of the different emails to the defendants who work for Defendants Loudoun County Sheriffs department, is to block and stop Plaintiff Lawrence Charles from talking to witness Hedrick on phone. Plaintiff Lawrence Charles is representing himself, and witness Hedrick didn't ask Defendant Grimley or other Defendants who work for Loudoun County Sheriff to block number.

December 27th 2022
Defendant Wozniak sends a memorandum telling Plaintiff Lawrence Charless He can't contact a individual by the name, 'Kathleen Hendrick', with a number of 703 649 9322. Plaintiff Lawrence Charles ignores memorandum because plaintiff isn't contacting any of those numbers or individual.

December 29th, 2022
Defendant Lorraine Goldberg brings Plaintiff Charles to the front of Jail and serves Plaintiff Charles a protective Order. Defendant Lorraine Goldberg got the Protective order herself and signed it. The protective order is a 5 day protective Order, and when Plaintiff ask her why she got the protective order for Someone living in Ohio Defendant Lorraine Goldberg says cause she can.

December 29th, 2022
Defendant Woomer and Defendant Garnett comes to Plaintiff Charles cell and Put handcuffs on him. Plaintiff Lawrence Charles tells them, "I didn't do anything"! Defendant Woomer and Defendant Garnett says, "Yes he did". They put him In Segregation part of the Jail. Later on in the day Defendant Woomer brings Plaintiff Charles 4 documents; A disciplinary report, an email, Memorandum a list of Phone numbers Plaintiff Charles called. The email is Defendant Grimley asking Defendant Grimley asking Defendant Wozniak and Defendant Goldberg to violate Plaintiff Charles Due Process and right to fair trial. And her asking Defendant Loudoun County Sheriff to block calls to the witnesses to Plaintiff Charles's case Phone numbers.
Plaintiff writes Grievances and request forms Sgt Donlan and Smith ignores request
January 1st
Plaintiff Charles notices that Plaintiff Can't make phone Calls. So Plaintiff Charles asks Plaintiff Matthew Bushman to use his pin. Plaintiff Matthew Bushman gives Plaintiff Charles Pin number Plaintiff Charles Calls Plaintiff Charle's Mother, When Plaintiff Charles Mother tells Plaintiff Charles, "That Defendant Loudoun County Sheriff Office Called threatning her not to talk to witnesses on Plaintiff Charles's behalf"! Plaintiff Charles is in Shock

January 1, 2023

Plaintiff Charles Calls Witness Lester Thornton on the Phone Ask him to email Defendant Loudoun County Sheriff's and Defendant Wozniak because they are mistreating him in the Jail and Violating his due process and right to a ~~Bau~~ fair trial. Witness Lester Thornton Sends email on behalf Of Plaintiff Charles, Complaining on his treatment.

January 2

Plaintiff Charles attempts to use Plaintiff Matthew Bushman, ~~Witness Plaintiff~~ Witnesses: Amaya Ramos, Edwin Geovany Pin to ~~use~~ call his lawyer. None of the pins work. Due to the Pins making phone Calls with Mr Charles numbers. For almost a week none of these ~~individua~~ individuals can use their Pins to even Call their Attorneys. ~~Because these Jan Defendant was representing~~ The reason ~~Defendant~~ Defendant Loudoun County Sheriff, Defendant Grimley, Defendant Goldberg were Conspiring to make sure Plaintiff Charles didn't win case.

January 3rd

Hearing officer for disciplinary hearing holds hearings, Plaintiff Charles Shows ~~three to~~ Hearing officer for Defendant Loudoun County Sheriff that Plaintiff Charles never Called the numbers Plaintiff Charles was accused of Calling. Despite Proof from the phone records, the hearing officer still finds Plaintiff Charles guilty. Plaintiff Charles appeals. 15 days in hole is punishment

January ~~5th~~ 3rd

Plaintiff Charles writes lawyer Concerning treatment at the Hands of Defendant Wozniak and associates that are emplaued by Defendant Loudoun County Sheriff

January 5th

Hearing officer for disciplinary hearing holds another hearing, this time they have the name Correct of Witness Kathleen Hedrick. They Give Plaintiff Charles 25 more days in Hole.

January 5th

Plaintiff Charles sees defendant Turin and asks, "why pin isn't working?". Defendant Turin Asks Plaintiff, "to fill out a request form" and later on in the Day Defendant Turin Comes to Plaintiff Lawrence Charles Cell. Defendant Turin tells ~~Defe~~ Plaintiff, "~~the~~ Plaintiff is only allowed to call only his attorney." Plaintiff Charles ask, "why Can't Plaintiff call anyone else?" Defendant Turin replies, "its over her head!"

→

Statement of Claim 3 Page 9

January 6th 2023

Plaintiff ~~Matth~~ Scott Newcomb goes to talk to Plaintiff Lawrence Charles. Plaintiff Lawrence Charles ask's Plaintiff Scott NewComb to call his ~~moth~~ Plaintiff Lawrence Charles Mother, who Plaintiff Charles hasn't spoken to in a week. Plaintiff NewComb agrees Call Plaintiff Charles Mother who says "Tell Plaintiff Charles to keep his head up and ~~he~~ he's Strong". Plaintiff NewComb relays message from Plaintiff Charles mother to Plaintiff Charles

January 9th

None of the Grievances sent out have been answered, Plaintiff NewComb, Plaintiff Bushman and Plaintiff Charles haven't gotten none of request forms or no 1983 form ~~has~~ has been Givenas requested by all 3 Plaintiffs. ~~Defendant~~ Plaintiff Bushman can't call ~~lawy~~ lawyer, Plaintiff Charles has to let him use ~~pin~~ plaintiff Charles Pin. Plaintiff sends letter to FBI And Justice Department CIVIL Right Division

January 9th

Defendant Major Kim Holway Comes to ~~Plaintiff~~ Defendant Plaintiff Charles cell, its rather ~~unproductive~~ unproductive Conversation. with Major Holway telling Plaintiff Charles talk to his lawyer, and Defendant Holway handed Plaintiff Charles 2 letters, One from Defendant Holway and one from Defendant Major Greg Ahlemann. Letter state, "That they looked into ~~Mr Cha~~ plaintiff Charles Complaints and matter is closed.

January 10th

Defendant Wozniak sends letter to Plaintiff Charles notifying him, ~~he looked~~ "That Defendant Wozniak looked into Plaintiff Charles appeal, and Defendant Wozniak finds no merit to it, Plaintiff Charles has to do 40 days. The 13 days Plaintiff Charles been in there don't Count.

January 11th

Defendant Woomer brings Plaintiff Charles, Plaintiff NewComb, and Plaintiff Bushman all writeups and inhouse Charges. Defendant Woomer Charges Defendant NewComb for Calling Defendant Charles Mother. Charges Defendant Charles for nothing. All 3 Plaintiff had asked for a 1983 form. Charges Bushman for NewComb calling Defendant. Plaintiffs Bushman and NewComb have disabilities and these ~~Defendant~~ Defendant was using that against them Plaintiff Charles is a disable Veteran.

Statement of Claim Facts

January 12th

Plaintiff Charles has court, Defendant Goldberg testifies that Witness Kathleen Hedrick, "never ask the Jail to block her number, That Defendant Goldberg was the one who went and got the protective order. That Witness Kathleen Hedrick wasn't even told about the protective Order." This Proved that Defendant Loudoun County Sheriff had a motive and a conspiracy to cheat Plaintiff Mr Charles out of a fair trial, and they punished over 6 other inmates trying to help Defendant Lorraine Goldberg and Defendant Katherine Grimley win a case, and Possibly avoid a lawsuit. The email that was sent Proved who they were looking to Block numbers to witnesses.

January 12th

Plaintiff Lawrence Charles, "Aggravate Malicious wounding" Case gets dropped, The One they kicked in his residental residence to take him to Jail. Defendant Grimley and Defendant Goldberg was trying hard to prevent him from winning. Defendant Charles represented himself.

January 13th

Plaintiff Charles lawyer still hasn't gotten none of Plaintiff Charles mail. Plaintiff Charles ask deputy kissi to talk to Sergeant. Sergeant Comes and tells Plaintiff Charles, "Mail has gone out"

End of Statement

Statement of Complaint D continued

Plaintiff go in front of the magistrate, and get arraigned. I get no Bond. When I get to the Intake deputy, who was deputy Perry he asks "why is my handcuff on so tight?" Deputy Grimley was quiet.

On 11/30/2022

Plaintiff Charles had my fiance file a complaint on the treatment I received by deputy Grimley. On December 4th 2022, Deputy Grimley brings charges for destruction of property (felony), threats, and 2 other charges. The Defendant Grimley claims that I destroyed my own property and sent threats to my fiance who's been living in Ohio from October 25th - January 1st. Plaintiff

C. What date and approximate time did the events giving rise to your claim(s) occur?

November 14, 2022; December 4th; December 22nd, 2022; December 28, 22; December 29th, 2022; January 1st, 2023, January 3rd, 2023; January 9th, 2023 January 12th, 2023

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* November 14th 2022, Deputy Katherine Grimley and three other deputies kick in my door. The address is 44406 Tillman terrace Ashburn VA #300. They throw me to the ground and punch the back of my head. They drag me outside barefooted and when I ask, "where is warrant?". Katherine ~~Grimly~~ Grimley says I have to wait to get to the Sheriff office/Loudoun County Adult Detention Center. It takes us about 15 minutes to get to the adult ~~detention~~ Center. When we get there, the warrant still isn't there. It's not till 30 to 45 minutes later a warrant comes through

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. ~~I've had headache's since they th~~

Plaintiff Lawrence Charles have ~~head~~ headache's since they threw Plaintiff Lawrence Charles to the ground. Plaintiff Lawrence Charles has had to sleep on the cold ground in his cell because they take his sleeping mat ~~[illegible]~~ Plaintiff Charles has

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. The three Plaintiffs are requesting 500 million dollars, ~~[illegible]~~ Plaintiff Charles is a business owner and this has affected his businesses. So Plaintiff Charles is asking for 300 million, ~~[illegible]~~ 200 million going to Plaintiff Bushman and Plaintiff Newcomb, to split 50/50. An Additional 500 million should be set aside for additional victims who were affected by this Conspiracy. The whole Max Housing might of been affected we know 3 additional people who we don't have their information that was affected

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- [x] Yes
- [ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Loudoun Adult Detention Center

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- [x] Yes
- [ ] No
- [ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- [ ] Yes
- [x] No
- [ ] Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

- [x] Yes
- [ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

- [ ] Yes
- [ ] No

E. If you did file a grievance:

1. Where did you file the grievance?

   Loudoun Adult Detention Center

2. What did you claim in your grievance?

   That they were violating my due process and that they were trying to cheat me out my case for ~~these~~ Defendant Grimley and Defendant Goldberg

3. What was the result, if any?

   None

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   They never answered back, I ended up writing FBI and Justice Department Civil Rights Divisions

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s)

   Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s)

   Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/13/2023

Signature of Plaintiff: L Charles

Printed Name of Plaintiff: Lawrence Charles

Prison Identification #: 22-03434

Prison Address: 42035 Loudon Center Place

Leesburg (*City*) VA (*State*) 20177 (*Zip Code*)

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

*City* *State* *Zip Code*

Telephone Number

E-mail Address